ORIGINAL

1  Clyde C. Greco, Jr., Esq., SBN 085970
   Jon S. Brick, Esq., SBN 120474
2  LAW OFFICES
   **GRECO TRAFICANTE SCHULZ & BRICK**
3  185 WEST F STREET - SUITE 400
   SAN DIEGO, CALIFORNIA 92101
4  (619) 234-3660 / FAX: 234-0626

5  Attorneys for Defendants ALLIED INSURANCE
   and NATIONWIDE MUTUAL INSURANCE COMPANY
6

E-filing

FILED
08 JUL 17 PM 1: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 3455 MEJ

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, | Civil Action No.: C 08-01512 |
| Plaintiff, | Federal Case No.: TBD |
| v. | **CERTIFICATE OF SERVICE** |
| ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

I, the undersigned, declare as follows:

I am employed by the law firm of GRECO TRAFICANTE SCHULZ & BRICK, whose address is 185 West F Street, Suite 400, San Diego, California, 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On July 16, 2008, I caused the following documents to be served:

1.  **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY)**

    ☐ by sending a copy via overnight mail via Federal Express/UPS.

    ☐ by sending a copy via facsimile transmission to the telefax number(s)

FIR-001\POS - Federal            -1-
CERTIFICATE OF SERVICE

1      as indicated on the Service List (below). The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by the machine.

2

3    ■    by placing a copy in a separate envelope with postage fully prepaid as indicated on the Service List (below) for collection and mailing on the day indicated below following the ordinary business practices at Greco Traficante Schulz & Brick, at 185 West F Street, Suite 400, San Diego, California. I certify that I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

4

5

6

7

8    ☐    l certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the participants as indicated on the Service List (below).

9

10    I declare that I am employed in the office of a member of the bar of this Court at

11 whose direction this service was made. Executed on July 16, 2008 at San Diego, California.

12

13                  _____
                 Kinë Benrubi

14

15

16                      **SERVICE LIST**

17

| William D. Paoli, Esq.<br>COLLIAU ELENIUS MURPHY<br>CARLUCCIO KEENER & MORROW<br>405 Howard Street, Suite 600<br>San Francisco, CA 94105<br>Tel:  (415) 932-7000<br>Fax:  (415) 932-7001 | Attorneys for Plaintiff<br>COLUMBIA CASUALTY COMPANY |
|---|---|