```
Clyde C. Greco, Jr., Esq., SBN 085970
Jon S. Brick, Esq., SBN 120474
          LAW OFFICES
GRECO TRAFICANTE SCHULZ & BRICK
   185 WEST F STREET - SUITE 400
    SAN DIEGO, CALIFORNIA 92101
    (619) 234-3660 / FAX: 234-0626
```

Attorneys for Defendants ALLIED INSURANCE
and NATIONWIDE MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: C 08-3455 MEJ<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare as follows:

I am employed by the law firm of GRECO TRAFICANTE SCHULZ & BRICK, whose address is 185 West F Street, Suite 400, San Diego, California, 92101. I am over the age of eighteen and I am not a party to this action.

On July 22, 2008, I caused the following documents to be served:

 1. **Order Setting Initial Case Management Conference and ADR Deadlines;**
 2. **Case Management Standing Order, Magistrate Judge Maria-Elena James;**
 3. **Standing Order Re: Discovery and Dispute Procedures for Cases Assigned or Referred to Magistrate Judge Maria-Elena James;**
 4. **Notice of Trial Assignment to United States Magistrate Judge and Order to File Consent/Request for Reassignment Form;**

|   |     |                                                                                                                                                                      |
|---|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | 5.  | **Consent to Assignment or Request for Reassignment;**                                                                                                               |
|   | 6.  | **Standing Order for All Judges of The Northern District of California Re: Contents of Joint Case Management Statement;**                                            |
|   | 7.  | **U.S. District Court, San Francisco Guidelines;**                                                                                                                   |
|   | 8.  | **Drop Box Filing Procedures;**                                                                                                                                      |
|   | 9.  | **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**                                                                                      |
|   | 10. | **Consent to Proceed Before a United States Magistrate Judge;**                                                                                                      |
|   | 11. | **Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;**                                                 |
|   | 12. | **ECF Registration Information Handout;**                                                                                                                            |
|   | 13. | **Consenting to a Magistrate Judge's Jurisdiction in The Northern District of California (Booklet); and**                                                            |
|   | 14. | **Civil Case Cover Sheet.**                                                                                                                                          |

☐  by sending a copy via overnight mail via Federal Express/UPS.

☐  by sending a copy via facsimile transmission to the telefax number(s) as indicated on the Service List (below). The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by the machine.

☒  by placing a copy in a separate envelope with postage fully prepaid as indicated on the Service List (below) for collection and mailing on the day indicated below following the ordinary business practices at Greco Traficante Schulz & Brick, at 185 West F Street, Suite 400, San Diego, California. I certify that I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

☐  I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the participants as indicated on the Service List (below).

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on July 22, 2008 at San Diego, California.

_/s/ Kinë Benrubi_____
Kinë Benrubi

## SERVICE LIST

| William D. Paoli, Esq.<br>COLLIAU ELENIUS MURPHY<br>CARLUCCIO KEENER & MORROW<br>405 Howard Street, Suite 600<br>San Francisco, CA 94105<br>Tel:   (415) 932-7000<br>Fax:  (415) 932-7001 | Attorneys for Plaintiff<br>COLUMBIA CASUALTY COMPANY |
|---|---|