WILLIAM D. PAOLI, State Bar No. 77689
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW
405 Howard Street, Suite 600
San Francisco, California 94105
Telephone:     415-932-7000
Facsimile:     415-932-7001
E-mail:  william.paoli@cna.com

Attorney for Plaintiff
COLUMBIA CASUALTY COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive.<br><br>            Defendants. | Case No.:  C 08-03455 MEJ<br><br>STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER<br><br>[SPECIAL SCHEDULING REVIEW REQUESTED] |

Plaintiff Columbia Casualty Company ("COLUMBIA") and defendants Allied Insurance ("ALLIED") and Nationwide Mutual Insurance Company ("NATIONWIDE") hereby submit the following discovery plan.

**FRCP Rule 26(f)**

(A)    **Changes to timing, form or requirement to disclosures under Rule 26(a):**

None.

1   (B)   **The subjects on which discovery may be needed and whether discovery**

2   **should be limited or conducted in phases:**  The parties submit that discovery should be limited

3   to permit briefing on the legal issue of whether the Allied Insurance Company Homeowners

4   Insurance policy provided coverage for the matters alleged in the underlying state court action and

5   if so, whether plaintiff is entitled to recover the amount it paid to assist in the settlement of that

6   case.  The parties will stipulate to the existence and terms of their respective insurance policies,

7   the amount that plaintiff paid on behalf of the common insured, and the underlying settlement

8   agreement.  This voluntary exchange and stipulation should permit briefing on the subrogation

9   issue as a matter of law.

10   The parties request the following summary judgment schedule be set:

11   November 21, 2008          Opening briefs

12   December 12, 2008          Opposition briefs

13   December 22, 2008          Reply briefs

14   January 6, 2009          Hearing date (if needed)

15   If it appears that the case may not be resolved by a dispositive motion, the parties may

16   want to conduct limited discovery.

17   (C)   **Issues about disclosure or discovery of electronically stored information:**

18   None.

19   (D)   **Issues regarding claims of privilege or of protection of trial-preparation**

20   **materials:**  None.

21   (E)   **Changes to limitations on discovery:**  None.

22   (F)   **Other orders that the court should issue under Rule 26(c) or under Rule 16(b)**

23   **and (c):**  None.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    IT IS SO AGREED.

2

3    DATED: October 15, 2008          COLLIAU ELENIUS MURPHY CARLUCCIO KEENER
                                      & MORROW
4

5
                                      By: _____
6                                         William D. Paoli,
7                                         Attorneys for Plaintiff
                                          COLUMBIA CASUALTY COMPANY
8

9    DATED: October 15, 2008          GRECO TRAFICANTE SCHULZ & BRICK

10

11                                    By: _____
                                          Jon S. Brick
12                                        Attorneys for Defendants
13                                        ALLIED INSURANCE and
                                          NATIONWIDE MUTUAL INSURANCE
14                                        COMPANY

15

16                                         **ORDER**

17   IT IS SO ORDERED.

18

19

20   Dated: _____October 28,_____, 2008

21

22   UNITED ST_____ ___STRATE JUDGE

23

24

25

26

27

28

-3-

STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER – Case No.: C 08-03455 MEJ

## CERTIFICATE OF SERVICE

I certify that on this 16th day of October, 2008, I electronically transmitted the attached document(s) to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Clyde C. Greco, Jr., Esq.
Jon S. Brick, Esq.
Greco Traficante Schulz & Brick
185 West "F" Street, Suite 400
San Diego, CA  92101
Telephone:  619-234-3660
Facsimile:  619-234-0626
E-mail:  clyde.greco@gllaw.cc
         jsb@gtlaw.cc

Attorneys for Defendants
ALLIED INSURANCE and NATIONWIDE
MUTUAL INSURANCE COMPANY


_____
Nyra Pierce

1