IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY CO., | No. C 08-3455 MEJ |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE** |
| vs. | |
| ALLIED INSURANCE, | |
| Defendant(s). | |

On October 28, 2008, the Court granted the parties' stipulated discovery plan and scheduling order regarding filing of summary judgment motions. As part of the schedule, the parties requested a hearing date, if necessary, of January 6, 2009. The Court hereby CONTINUES the hearing date to January 15, 2009 at 10:00 a.m. in Courtroom B. This continuance shall not affect the briefing schedule.

**IT IS SO ORDERED.**

Dated: October 29, 2008

MARIA-ELENA JAMES
United States Magistrate Judge