WILLIAM D. PAOLI, State Bar No. 77689
COLLIAU ELENIUS MURPHY
CARLUCCIO KEENER & MORROW
405 Howard Street, Suite 600
San Francisco, California 94105
Telephone:   415-932-7000
Facsimile:   415-932-7001
E-mail: william.paoli@cna.com

Attorney for Plaintiff
COLUMBIA CASUALTY COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.:   C 08-03455 MEJ<br><br>REVISED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER<br><br>[SPECIAL SCHEDULING REVIEW REQUESTED] |

Plaintiff Columbia Casualty Company ("COLUMBIA") and defendants Allied Insurance ("ALLIED") and Nationwide Mutual Insurance Company ("NATIONWIDE") hereby submit the following revised discovery plan and scheduling order.

COLUMBIA and ALLIED/NATIONWIDE have agreed to revise the summary judgment schedule and ask the court to so order. This request is being made because this matter has been ordered to alternative dispute resolution and the parties have elected to proceed with private

1  mediation before mediator William Pagano on January 5, 2009. The current schedule, as
2  previously submitted, does not allow for completion of the mediation process and minimal
3  discovery prior to the submission of briefs in support of and in opposition to the motion for
4  summary judgment.
5    The parties request the following revised summary judgment schedule be ordered:
6    March 26, 2009         Opening briefs
7    April 9, 2009 ~~March 26, 2009~~   Opposition briefs
8    April 16, 2009         Reply briefs
9    April 30, 2009         Hearing date (if needed)
10   If it appears that the case may not be resolved by a dispositive motion, the parties may
11 want to conduct additional discovery and pray leave to request an additional amendment to this
12 order if appropriate.
13
14 IT IS SO AGREED.
15
16 DATED: November 6, 2008   COLLIAU ELENIUS MURPHY CARLUCCIO KEENER
17             & MORROW
18
19 By: [signature]
20   William D. Paoli,
  Attorneys for Plaintiff
  COLUMBIA CASUALTY COMPANY
21
22 DATED: November 6, 2008   GRECO TRAFICANTE SCHULZ & BRICK
23
24 By: [signature]
25   Jon S. Brick
  Attorneys for Defendants
26   ALLIED INSURANCE and
  NATIONWIDE MUTUAL INSURANCE
27   COMPANY
28

1
2
3   **ORDER**
4   IT IS SO ORDERED.
5
6   Dated: November 13, 2008
7
8   _____
9   UNITED STATES DISTRICT MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER – Case No.: C 08-03455 MEJ