# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

COLUMBIA CASUALTY COMPANY

Plaintiff(s),

v.

ALLIED INSURANCE COMPANY

Defendant(s).

CASE NO. C 08-03455 MEJ

AMENDED
STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR *(please identify process and provider)* Mediation

William F. Pagano, Pagano & McKinney, 1424 Chapin Avenue, Burlingame, CA 94010-4003
(650) 347-9900

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline January 5, 2009

Dated: 11/18/08

Dated: 11/18/08

Attorney for Plaintiff  William D. Paoli

Attorney for Defendant  Jon S. Brick

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other  January 5, 2009

If the parties are unable to reach a resolution of this matter through private mediation, they may request a referral to court-sponsored mediation or a settlement conference with another magistrate judge.

IT IS SO ORDERED.

Dated: November 18, 2008

_____
UNITED STATES MAGISTRATE JUDGE



## CERTIFICATE OF SERVICE

I certify that on this 18th day of November, 2008, I electronically transmitted the attached document(s) to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Clyde C. Greco, Jr., Esq.<br>Jon S. Brick, Esq.<br>Greco Traficante Schulz & Brick<br>185 West "F" Street, Suite 400<br>San Diego, CA 92101<br>Telephone: 619-234-3660<br>Facsimile: 619-234-0626<br>E-mail: clyde.greco@gllaw.cc<br>jsb@gtlaw.cc | Attorneys for Defendants<br>ALLIED INSURANCE and NATIONWIDE<br>MUTUAL INSURANCE COMPANY |

_/s/ Paula Woolery_
Paula Woolery

1