UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COLUMBIA CASUALTY COMPANY

        Plaintiff(s),

v.

ALLIED INSURANCE COMPANY

        Defendant(s).

CASE NO. C 08-03455 MEJ

SECOND AMENDED
STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* Mediation

William F. Pagano, Pagano & McKinney, 1424 Chapin Avenue, Burlingame, CA 94010-4003
(650) 347-9900

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline   January 30, 2009

Dated: Jan. 5, 2009

Dated: 1/5/09

Attorney for Plaintiff  William D. Paoli

Attorney for Defendant  Jon S. Brick

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
✓ Private ADR

Deadline for ADR session
  90 days from the date of this order.
✓ other   January 30, 2009

IT IS SO ORDERED.

Dated: January 9, 2009

_____
Judge Maria-Elena James
UNITED STATES MAGISTRATE JUDGE