IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COLUMBIA CASUALTY CO.,           No. C 08-3455 MEJ

      Plaintiff(s),

**ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

vs.

ALLIED INSURANCE,

      Defendant(s).

_____/

On November 13, 2008, the Court ordered the parties in the above-captioned matter to file any dispositive motions by March 26, 2009. (Dkt. #17.) As neither party filed a motion by the March 26 deadline, and no docket activity has taken place since the Court granted the parties' stipulated request to participate in private mediation, the Court hereby ORDERS the parties to file a joint status report by April 8, 2009.

**IT IS SO ORDERED.**

Dated: March 30, 2009

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge