# UNITED STATES DISTRICT COURT

# Northern District of California

COLUMBIA CASUALTY CO.,

             Plaintiff(s),            No. C 08-03455 MEJ

  v.

ALLIED INS.,                              **ORDER FOR PARTIES TO FILE STATUS REPORT**

             Defendant(s).

_____/

On April 8, 2009, the parties in the above-captioned matter filed a joint status report, at which time they informed the Court that the case had settled and a stipulation for dismissal would be filed. (Dkt. #23.) To date, no stipulation has been filed. Accordingly, the Court ORDERS the parties to file a stipulation for dismissal within 30 days or a request that the matter be placed back on the Court's calendar.

**IT IS SO ORDERED.**

Dated: July 1, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge