Clyde C. Greco, Jr., Esq., SBN 085970
Jon S. Brick, Esq., SBN 120474

LAW OFFICES
**GRECO TRAFICANTE SCHULZ & BRICK**
185 WEST F STREET - SUITE 400
SAN DIEGO, CALIFORNIA 92101
(619) 234-3660 / FAX: 234-0626

Attorneys for Defendants ALLIED INSURANCE
and NATIONWIDE MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA CASUALTY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED INSURANCE, a Nationwide Company; NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: C 08-3455 MEJ <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the above-captioned matter be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: July 28, 2009

GRECO TRAFICANTE SCHULZ & BRICK

By: _____
Clyde C. Greco, Jr., Esq.
Jon S. Brick, Esq.
Attorneys for Defendants ALLIED
INSURANCE and NATIONWIDE
MUTUAL INSURANCE COMPANY

| | |
|---|---|
| 1  Dated: July 21, 2009 | COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW |
| 2 | |
| 3 | By: /s/ Sherman Lee |
| 4 | Sherman Lee, Esq. |
| 5 | Attorneys for Plaintiff COLUMBIA CASUALTY COMPANY |

**ORDER**

**IT IS SO ORDERED.**

Dated: July 28, 2009

Hon. Maria-Elena James